■ LEONARD FORMATO et al., Respondents, v BENEDICT DIX,

Appellant▮

▮

There was no authority for the imposition of the challenged sanction *(see, Matter of A. G. Ship Maintenance Corp. v Lezak,* 69 NY2d 1; *Silberstein v First Wall St. Capital Corp.,* 128 AD2d 516). Mangano, J. P., Kunzeman, Rubin and Harwood, JJ., concur.